# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 5/19/2020
Case: 5:20–bk–01135–RNO     Form ID: pdf010     Total: 10

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
tr     Charles J DeHart, III (Trustee)     dehartstaff@pamd13trustee.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Gail LaVern Harrell     Box 1075     Effort, Pa 18330
jdb     Walter Harrell, Jr     Box 1075     Effort, Pa 18330
cr     PRA Receivables Management, LLC     PO Box 41021     Norfolk, VA 23541
5325783     Capital One Bank (USA), N.A.     by American InfoSource as agent     PO Box 71083     Charlotte, NC 28272–1083
5321308     Onemain     PO Box 3251     Evansville, IN 47731
5317072     Synchrony Bank     c/o PRA Receivables Management, LLC     PO Box 41021     Norfolk, VA 23541
5327038     The Bank of Missouri     PO Box 105555     Atlanta, GA 30348
5321814     lendmark financial Services, LLC.     2118 Usher Street     Covington, GA 30014

TOTAL: 8